UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MATTHEW J POLLASTRINI and
DAWN M POLLASTRINI,

     Plaintiffs,

v.                            Case No.:  2:23-cv-74-SPC-KCD

U.S. BANK NATIONAL
ASSOCIATION,

     Defendant.
_____/

## ORDER

On March 24, 2023, the Court held a hearing on Defendant's Motion to Dismiss. (Doc. 9.) For the reasons stated on the record, Defendant's motion is granted in part and denied in part. By April 7, 2023, Plaintiffs are directed to file an amended complaint to address the issues discussed at the hearing.

**ORDERED** in Fort Myers, Florida on March 24, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record